UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL RAMIREZ, Personal Representative of the ESTATE OF KEVIN D. WILLGING, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., a foreign corporation dba in King County, Washington, <br><br> Defendant. | No. 2:11-cv-00945 RSL <br><br> STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND THE COMPLAINT |

## STIPULATION

The undersigned parties hereby stipulate that pursuant to FRCP 15, Plaintiff is hereby granted leave to amend the complaint in this matter.

STIPULATED and AGREED to this 16th day of August, 2012.


/s/ Karen K. Koehler                                  /s/ Roy Umlauf
KAREN K. KOEHLER, WSBA#15325          ROY UMLAUF, WSBA#15437
Counsel for Plaintiff                                  MAGGIE B. KIRSCHNER, WSBA#39420

STIPULATED MOTION AND ORDER FOR
LEAVE TO AMEND THE COMPLAINT - 1

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue W.
Seattle, WA 98119
Tel: (206) 448-1777

<u>ORDER</u>

THIS MATTER having come on before the above entitled court on the above stipulation of the parties, it is hereby

ORDERED that leave is hereby GRANTED for Plaintiff to amend the complaint.

Dated this 27th day of August, 2012.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER FOR
LEAVE TO AMEND THE COMPLAINT - 1

**STRITMATTER KESSLER WHELAN COLUCCIO**
200 Second Avenue W.
Seattle, WA 98119
Tel: (206) 448-1777