HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL RAMIREZ, Personal Representative of the ESTATE OF KEVIN D. WILLGING,<br><br>                      Plaintiffs,<br><br>    v.<br><br>WALGREEN CO., a foreign corporation dba in King County, Washington; WASHINGTON STATE DEPARTMENT OF NATURAL RESOURCES aka STATE OF WASHINGTON; WG@DESMOINES, LLC aka RAINIER COMMERCIAL DEVELOPMENT, a Washington Limited Liability Company; MORDEVCO, LLC, a Washington Limited Liability Company,<br><br>                      Defendants. | No. 2:11-cv-00945 RSL<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS |

**STIPULATION**

The undersigned parties hereby stipulate that Defendant Washington State Department of Natural Resources aka State of Washington's Motion for Judgment on the Pleadings Under FRCP 12(c), originally noted for November 30, 2012, should be continued to December 21, 2012 without oral argument. This stipulation has been requested by Plaintiff's counsel who has had trials scheduled in close proximity during the months of October 2012 and November 2012. The change of hearing date would make the responses due at a later date, as set forth under local rule.

STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS - 1

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue W.
Seattle, WA 98119
Tel: (206) 448-1777

The parties agree that this stipulation to continue this hearing does not prejudice the State's assertion of sovereign immunity.

**ORDER**

THIS MATTER having come before the above entitled Court on the above stipulation of the parties, it is hereby:

ORDERED that hearing (without oral argument) on Defendant's Motion for Judgment on the Pleadings is continued to DECEMBER 21, 2012.

DATED this 27th day of November, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS - 2

STRITMATTER KESSLER WHELAN COLUCCIO

200 Second Avenue W.
Seattle, WA 98119
Tel: (206) 448-1777